**Colleen O'DONNELL, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. ED 98781.

Missouri Court of Appeals, Eastern District, Division Five.

April 2, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 9, 2013.

Colleen O'Donnell, St. Louis, MO, Pro Se.

Larry R. Ruhmann, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J. and THOMAS C. CLARK II, Sp. J.

### ORDER

PER CURIAM.

Colleen O'Donnell appeals the decision of the Labor and Industrial Relations Commission affirming the dismissal of the appeals of several deputy determinations of overpaid benefits[1] because O'Donnell failed to participate in the scheduled hearing before the appeals tribunal. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

---

1. Five appeals were scheduled for one hearing date: 12–07888, 12–07890, 12–07891, 12– 07893, and 12–07897.